JULIUS SPITZER v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN HEIGHTS RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

TREUER REALTY COMPANY v. BRETAGNE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

IB NYBOE PASGAARD, as Administrator, etc., of KAREN SYLVIA PASGAARD, Deceased, v. LOUISA GUMPH.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

BENJAMIN GUINNESS and Others, as Trustees, etc., of ERNST THALMANN, Deceased, v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HARRY SACHS, as President of GOLDMAN, SACHS & Co., a Joint Stock Association, v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FRANK I. FINKLER v. BERRY B. SIMONS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

STOGOP REALTY Co., INC., and Another, v. NATIONAL SURETY COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DIMOCK & FINK COMPANY v. COMMERCIAL CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

JOHN S. SORENSON and Another v. KEESEY HOSIERY Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

THE STOCK QUOTATION TELEGRAPH COMPANY v. NICHOLAS J. HAYES, as Commissioner of Water Supply, Gas and Electricity, and Others.— Motions denied. The judgment being one of modification, no motion for leave to appeal is necessary. Present — Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of ALLEN W. EVARTS and BANK OF NEW YORK AND TRUST COMPANY of Their Proceedings as Executors, etc., of EMILY F. SOUTHMAYD, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

DOUGLAS LORNE MCGIBBON v. EDWIN W. ORVIS and Others, Copartners, etc. — Motion for reargument denied and order of this court entered March 26, 1926, resettled. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BUCK, KIAER & Co., INC., to Require Submission of Disputes under a Contract between BUCK, KIAER & Co., INC., and WM. HARTMANN & Co., INC., Dated September 24, 1924, to Arbitration.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.